# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 19, 2014

## NO.  03-12-00799-CV

**Robert Cronin, Appellant**

**v.**

**Wells Fargo Bank, N.A. a/k/a Wells Fargo Home Mortgage, Appellee**

### APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the order signed by the trial court on August 3, 2012.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order.  Therefore, the Court affirms the order.  The appellant shall pay all costs relating to this appeal, both in this Court and the court below.